UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOE W. BROWN, JR.                                              CIVIL ACTION

VERSUS

GLOBE LIFE AND ACCIDENT                                NO.: 15-00384-BAJ-RLB
INSURANCE COMPANY

RULING AND ORDER

Before the Court is Plaintiff Joe W. Brown, Jr.'s ("Plaintiff") Motion to Remand (Doc. 4). The Magistrate Judge has issued a Report and Recommendation (Doc. 10), recommending that Plaintiff's Motion to Remand be denied. Plaintiff did not file an objection to the Magistrate Judge's Report.

Having independently considered Plaintiff's **Motion to Remand (Doc. 4)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 10)**, and **ADOPTS** it as the Court's opinion herein.[1]

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **DENIED** for the reasons explained in the Magistrate Judge's Report and Recommendation.

---

[1] Specifically, this Court finds that it is facially apparent from Plaintiff's complaint that the amount in controversy likely meets or exceeds the jurisdictional minimum. Furthermore, this Court agrees that Plaintiff's post-removal stipulation does not meet the narrow grounds set forth in *Marcel v. Pool Company*, 5 F.3d 81, 85 (5th Cir. 1993).

Baton Rouge, Louisiana, this 26th day of October, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA